IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL REYES d/b/a PUEBLA MINI MARKET LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL ACTION <br> NO. 13-1825 |

## ORDER

**AND NOW**, this     23rd     day of October, 2013, upon consideration of Defendant's Statement of Undisputed Material Facts and Memorandum of Law in Support of its Motion for Summary Judgment, as well as Plaintiff's Counter Statement of Undisputed Facts and Opposition to Defendant's Motion for Summary Judgment and Defendant's Reply, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE;** and

3. The Clerk shall mark this case **CLOSED**.

BY THE COURT:


**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**